**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CARLOS SILVINO HERNANDEZ RAMOS and
JONSI RENAUN VASQUEZ ARRIAGA,

          Petitioners,

v.                                 CIVIL ACTION NO. 3:26-0498

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

          Respondents.

**MEMORANDUM OPINION AND ORDER**

      Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Carlos

Silvino Hernandez Ramos and Jonsi Renaun Vasquez Arriaga.[1] *Am. Pet.*, ECF No. 8. For the

reasons discussed below, the Petition is **GRANTED** as it concerns Petitioner Herrnandez Ramos.

---

[1] The Petition was initially filed as a next friend petition. *Pet.*, ECF No. 1.

The Petition remains pending as to Petitioner Vasquez Arriaga. *See Gov't's Vasquez Arriaga Resp.*, ECF No. 10.

Petitioners challenge their current civil immigration detention without an individualized custody determination and request immediate release. *Am. Pet*. ¶¶ 2–3, 20–23. Petitioners were arrested on the morning of August 10, 2026, within the interior of the United States, in or around Milton, West Virginia, near exit 28 following a traffic stop. *Id.* ¶ 17. They were then transported to the ICE processing facility in Poca, West Virginia. *Id.* ¶ 18; *Gov't's Hernandez Ramos Resp.* 4, ECF No. 9. This Petition was initially filed around 11:37 A.M. on the same day. *Pet.*, ECF No. 1.

The Government states that it presents the same arguments previously rejected by this Court and indicates a hearing on the matter is not necessary.[2] *Gov't's Hernandez Ramos Resp.* 2–3. Petitioners have agreed that a hearing and further briefing are not necessary to the extent the pleadings are sufficient to grant their requested relief. *Pet'rs' Notice* 1, ECF No. 11. This Court's opinions are adopted and form the basis for this brief opinion.[3] The Government's arguments have been uniformly rejected by Courts within this District.[4] The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed.

---

[2] Given the Government's representation that its arguments have been rejected and are governed by prior decisions of this Court and the Southern District of West Virginia, the Court does not address nor make any ruling upon the validity or invalidity of the "Voluntary Departure and Verification of Departure" form signed by Petitioner Hernandez Ramos, attached to the Government's Response. *Ex. 1 to Gov't's Hernandez Ramos Resp.*, 6-7, ECF No. 9-1.

[3] *See e.g., Linarez Vilchez v. Kluemper*, No. 3:26-0261, 2026 WL 1049282 (S.D. W. Va. Apr. 17, 2026); *Uulu v. Aldridge*, No. 3:26-073, 2026 WL 401200 (S.D. W. Va. Feb. 12, 2026); *Simanca Gonzalez v. Aldridge*, No. 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026).

[4] *See Izaguirre v. Mason*, No. 2:26-CV-00121, 2026 WL 561235, at *3–5 (S.D. W. Va. Feb. 27, 2026) (Goodwin, J.); *Umarov v. Mason*, No. 2:26-cv-00081, 2026 WL 381614, at *5 (S.D. W. Va. Feb. 11, 2026) (Berger, J.); *Briceno Solano v. Mason*, No. 2:26-cv-00045, 2026 WL 311624, at *20 (S.D. W. Va. Feb. 4, 2026) (Johnston, J.).

For the previously stated reasons, Respondents' Motion to Dismiss, ECF No. 9, is **DENIED**, and Petitioners' Amended Petition, ECF No. 8, is **GRANTED** as it concerns Petitioner Hernandez Ramos. Respondents are **ORDERED** to **PROMPTLY RELEASE PETITIONER** Hernandez Ramos in the Southern District of West Virginia, no later than tomorrow, **Friday, August 14, 2026, at 12:00 PM**. Respondents are **ORDERED** to transport Petitioner Hernandez Ramos back to the Southern District of West Virginia. Respondents are **DIRECTED** to provide reasonable notice of at least three hours to Petitioner's counsel of the anticipated time and place of Petitioner's release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioner Hernandez Ramos's detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner Hernandez Ramos under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioner Hernandez Ramos under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioner Hernandez Ramos's liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Show Cause Hearing previously scheduled for tomorrow, August 14, 2026, is **CANCELLED**.[5]

---

[5] The Show Cause Hearing is cancelled as to Petitioner Hernandez Ramos.

-4-

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER:        August 13, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-4-