**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CARLOS SILVINO HERNANDEZ RAMOS and
JONSI RENAUN VASQUEZ ARRIAGA,

Petitioners,

v. CIVIL ACTION NO. 3:26-0498

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion and Order entered in the above-styled matter, the Court **ORDERS** judgment be entered in favor of Petitioners and this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER: August 14, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE